

**Countrywide**
**HOME LOANS**
R
Mail Stop SV-34
P.O. Box 5170
Simi Valley, CA 93062-5170

*HELEN RACANELLI*
*16 Riverside Pl*
*Dobbs Ferry NY 105221605*

*Noticie Date:* **November 11, 2008**

*Account No.:* **141783887**

*Property Address:*
*18 MOUNTAINVIEW AVENUE*
*ARDSLEY, NY 10502*

*PL 1106 0000953 001*
*Check number: 304*
*Amount     : $4,743.65*
*\IMPORTANT MESSAGE ABOUT YOUR LOAN*

*Thank you for sending the enclosed payment. Although we appreciate your efforts to settle your account, it is necessary to return these funds to you for the following reason:*

*The amount remitted does not represent the total amount due.*

*WHAT YOU SHOULD DO*

*If you have any questions, please contact us at 1-800-641-5302.*

*Thank you*

(P27)

---

ANTHONY RACANELLI
HELEN M RACANELLI
16 RIVERSIDE AVE
DOBBS FERRY, NY 10522

1-1288/260

304

EPW   DATE 10/30/08

PAY TO THE ORDER OF _Country wide_    $ 4743,65

_four thousand seven hundred forty three_ 65 DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

MEMO # 141 783 887    H. Racanelli    MP

⑆026012881⑆ 101011794058⑆ 0304

R08

Amount Due 1892/4474 04/07/2004