**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

-------------------------------------------------------- X
In re:

Helen Racanelli,

                              Debtor.

-------------------------------------------------------- X

Chapter: 13
Case No.: 16-22617-RDD
Judge: Hon. Robert D. Drain

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the firm of McCalla Raymer Leibert Pierce, LLC hereby appears in this matter on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper with respect to its interest in the real property described as 350 ASHFORD AVE, Dobbs Ferry, NY 10522. Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence to the undersigned.

                                              MCCALLA RAYMER LEIBERT PIERCE, LLC
                                              Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper

Dated: March 27, 2019         By:   */s/ Melissa Licker*
                                              Melissa Licker
                                              420 Lexington Avenue, Suite 840
                                              New York, NY 10170
                                              Telephone: (347) 286-7409
                                              Facsimile: (347) 286-7414
                                              NY_ECF_Notices@McCalla.com