| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------x<br>IN RE:<br><br>HELEN RACANELLI,<br><br><br>                                Debtor.<br>------------------------------------------------------x | January 8, 2020<br>10:00 AM<br><br>Case No. 16-22617-SHL-13<br><br>Hon. SEAN H. LANE<br><br>**AMENDED NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee, will move this court before the Hon. Sean H. Lane, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at 300 Quarropas, White Plains, NY 10601-4150, on the 8th day of January, 2020 at 10:00 AM, or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

      Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
       December 9, 2019

                              s/ Krista M. Preuss
                              Krista M. Preuss, Chapter 13 Trustee
                              399 Knollwood Road, Ste 102
                              White Plains, NY 10603
                              (914) 328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x      Case No: 16-22617-SHL-13
IN RE:

  HELEN RACANELLI,

                                      **CERTIFICATE OF SERVICE**
                                           **BY MAIL**

                    Debtor.
-----------------------------------------------------------x

       This is to certify that I, Lois Rosemarie Esposito, have this day served a true, accurate and correct copy of the within Amended Notice of Motion by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

HELEN RACANELLI
16 RIVERSIDE PLACE
DOBBS FERRY, NY 10522

LINDA M. TIRELLI
TIRELLI LAW GROUP, LLC
50 MAIN STREET, # 1265
WHITE PLAINS, NY 10606

U. S. Bank National Association
Nationstar Mortgage LLC
P.O. Box 619096
Dallas, Texas 75261

U. S. Bank National Association
Nationstar Mortgage LLC
c/o Shapiro DiCaro & Barak, LLC
One Huntington Quadrangle
Melville, New York 11747

Nationstar Mortgage LLC
c/o Aldridge Pite, LLP
4375 Jutland Drive # 200
P.O. Box 17933
San Diego, California 92177

Nationstar Mortgage, LLC
c/o McCall Raymer :eibert Pierce, LLC
420 Lexington Avenue # 840
New York, New York 10170

The Bank of New York Mellon
c/o Bank of America, NA
P.O. Box 31785
Tampa, Florida 33631

Bank of America, NA
c/o David A Gallo & Associates, LLP
95-25 Queens Blvd 11th Fl.
Rego Park, New York 11374

Bank of America, NA
c/o Frenkel Lambert Weiss Weisman & Gordon, LLP
53 Gibson Street
Bay Shore, New York 11706

This December 9, 2019
s/ Lois Rosemarie Esposito
Lois Rosemarie Esposito, Paralegal
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
399 Knollwood Road, Suite 102
White Plains, NY 10603
(914) 328-6333

CASE NO: 16-22617-SHL-13

Hon. SEAN H. LANE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

HELEN RACANELLI,

                Debtor.

**NOTICE OF MOTION, APPLICATION, AND CERTIFICATE OF SERVICE**

**KRISTA M. PREUSS
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**