

**Bankruptcy Dept.**
53 Gibson Street
Bay Shore, NY 11706
Tel: (631) 969-3100
Fax: (631) 982-1459

April 14, 2020

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re:    Debtor: Helen Racanelli
                Case No.: 16-22617-shl
                Our File No.: 01-081078-B04

Dear Clerk of the Court:

Our office represents Nationstar Mortgage LLC d/b/a Mr. Cooper, a secured creditor of the above-named Debtor.

Please allow this letter to confirm that the Motion for Relief from Stay filed on February 26, 2020 as ECF No. 46 has been withdrawn.

Thank you for your attention and consideration to this matter.

Very truly yours,

BY:     S/ Karen Sheehan
        Karen Sheehan, Esq.

cc:    Linda M. Tirelli, Esq. (via ECF)
       Krista M. Preuss, Esq. (via ECF)