UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

Helen Racanelli ,

Chapter 13

Case No. 16-22617 (SHL)

ORDER

Debtor.
-----------------------------------------------------------------x

## ORDER CONVERTING CHAPTER 13 CASE TO CHAPTER 11 CASE

Upon the application of the above Debtor, filed with this court on March 16, 2020, and the matter having been heard by the Honorable Sean H. Lane on July 15, 2020, it is hereby

**ORDERED,** that the Debtor's Chapter 13 Bankruptcy be converted to a Subchapter 5 of Chapter 11 pursuant to Bankruptcy Code §1307(d).

DATED: September 4, 2020

*/s/ Sean H. Lane*
United States Bankruptcy Judge