UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    :
In re:                              :
                                    :
                                    :   Case No. 16-22617 (SHL)
    Helen Racanelli                 :
                                    :
                                    :
                                    :
            Debtor.                 :
_____ :

**ORDER GRANTING MOTION OF NATIONSTAR MORTGAGE, LLC
AND U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA HOME
EQUITY TRUST 06-00019, ASSET BACKED CERTIFICATES, SERIES 06-00019
FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM**

Upon the motion of Nationstar Mortgage, LLC and U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 06-00019, Asset-backed Certificates, Series 06-00019 (together "**NSM**"), by and through their undersigned attorneys, pursuant to 11 U.S.C. § 503(b)(1)(A), for the entry of an order allowing and directing payment of an administrative expense claim [Doc. 51] (the "**Motion**") for amounts paid by NSM for property costs related to real property located at 18 Mountainview Avenue, Ardsley, NY 10502 (the "**Property**"); and it appearing that due and sufficient notice of the Motion and the hearing thereon was provided; and after consideration of the Motion, and the Motion having been unopposed, and the Court having held a hearing on July 15, 2020, and upon the record of the hearing; and NSM having filed a supplemental declaration in further support of the relief sought in the Motion as requested by the Court [Doc. 63]; and, after due deliberation, and good and sufficient cause appearing, it is hereby ORDERED that:

    1.    The Motion is granted.

2. All objections to the Admin. Claim Motion and to the entry of this order have been overruled, withdrawn or resolved.

3. NSM has an allowed administrative claim in the amount of $81,130.65 (the "**Admin. Claim**") representing administrative expenses through July 15, 2020.

4. The Chapter 13 Trustee is authorized and directed to pay NSM the Admin. Claim from the funds in her possession collected in this case, and said payment shall happen as soon as practicable after the entry of this Order.  <u>The payment to NSM shall be made out to Nationstar Mortgage LLC and shall be sent to  McElroy, Deutsch, Mulvaney & Carpenter, LLP, Attention: Ryan P. Mulvaney, Esq., located at 570 Broad Street, Suite 1500 , Newark, New Jersey 07102-4560.</u>

5. From and after July 15, 2020, the Debtor will pay taxes, insurance and related payments in connection with the Property (the "**Property Payments**") directly to the applicable taxing authority and/or insurer.

6. To the extent that the Debtor does not timely make Property Payments, NSM reserves the right to seek relief from the automatic stay.

7. To the extent that NSM makes any further Property Payments, NSM reserves all of its rights with respect thereto, including, without limitation, its right to seek additional administrative claims.

8. This Order is without prejudice to NSM's rights, remedies, claims and defenses, including, without limitation, the right to file additional and/or supplemental motions for administrative claims to protect its collateral and/or move for an order requiring adequate protection.

9. Nothing herein shall be deemed to waive, limit or condition NSM's rights, remedies, claims and defenses, including, without limitation, related to the Loan (as defined in the Motion) and related documents, all of which are expressly reserved.

10. This Order is without prejudice to the rights, remedies, claims and defenses of the parties to Adversary Proceeding No. 16-08254.

11. This Order shall be effective immediately upon its entry and any applicable stay is waived.

12. This Order shall survive conversion or dismissal of this case.

13. This Court shall retain jurisdiction regarding the interpretation, implementation and enforcement of this Order and shall retain jurisdiction to hear and determine any matters or disputes arising from or related to this Order.

Dated: October 8, 2020

*/s/ Sean H. Lane*
United States Bankruptcy Judge