Wells Fargo Bank, N.A.
Small Business Lending Operations
MAC S4101-08C
PO Box 29482
Phoenix, AZ 85038-8650
Telephone: (877) 361-5581
Fax: (866) 765-6073
Email: SBLBKInquiry@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Bk. No.: 16-22617 |
| | ) |
| Helen Racanelli | ) Chapter 11 |
| | ) |
| | ) **WITHDRAWAL OF PROOF OF CLAIM** |
| | ) **FILED BY: Wells Fargo Bank, N.A.** |
| Debtor(s). | ) |
| | ) |
| | ) **DATE: (No hearing required)** |
| | ) **TIME:** |
| | ) **DEPT:** |

Wells Fargo Bank, N.A. hereby withdraws its Proof of claim #1, filed on or about 6/21/2016, in the amount of $34,337.77.

DATED: January 21, 2021                    Wells Fargo Bank, N.A

                                                            *By Henia D West*

                                                            Wells Fargo Bank, N.A.

- 1 -
WITHDRAWAL OF WELLS FARGO BANK, N.A.'S PROOF OF CLAIM

11397