## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF _____

In re _Helen M. Kacanelli_                         Case No. _16-22617_
**Debtor**                                          Reporting Period: _December 2020_

Social Security # _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_
(last 4 digits only)

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(*28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _Helen Kacanelli_                         Date _1/1/21_

Signature of Joint Debtor _____                         Date _____

In re _Helen Racanelli_
Debtor

Case No. _16-22617_
Reporting Period: _December 2020_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 286,413.11 | |
| **RECEIPTS** | | |
| Wages (Net) | 5,628.78 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| **Total Receipts** | 5,628.78 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 2500 | |
| **Other Secured Note Payments** | | |
| Utilities | 363.05 | |
| Insurance | | |
| Auto Expense | 97.27 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 555.17 | |
| Medical Expenses | 920.59 | |
| Food, Clothing, Hygiene | 4,180.99 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | 24.00 | |
| Gifts | 100.23 | |
| Other *(attach schedule)* | 4,266.54 | |
| **Total Ordinary Disbursements** | 13,161.79 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 278,880.10 | |

In re _Helen Racanelli_
Debtor

Case No. _16 - 22617_
Reporting Period: _December 2020_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 0 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0 |

In re _Helen Racanelli_
**Debtor**

Case No. _16-22617_
Reporting Period: _December 2020_

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER  *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE** * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re _Helen Racanelli_                     Case No. _16-22617_
Debtor                                      Reporting Period: _December 2020_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Cash Disbursements |  |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total Bank Account Disbursements |  |  |  |  |

| Total Disbursements for the Month |  |
|-----------------------------------|--|

In re _Helen Racanelli_
**Debtor**

Case No. _16-22617_
Reporting Period: _December 2020_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re _Helen Racandli_                    Case No. _16-22617_
Debtor                                    Reporting Period: _December 2021_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |

| TOTAL LIABILITIES | | |
|---|---|---|

In re _Helen Pacanelli_
**Debtor**

Case No. _16 - 22617_
Reporting Period: _December 2020_

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | **Number of Days Past Due** | | | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re _Helen Racanelli_                              Case No. _16-22617_
    Debtor                              Reporting Period: _December 2020_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL PAYMENTS |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re _Helen Racenelli_
**Debtor**

Case No. _16-22617_
Reporting Period: _December 2020_

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 Are any post petition State or Federal income taxes past due? | | X |
| 7 Are any post petition real estate taxes past due? | | X |
| 8 Are any other post petition taxes past due? | | X |
| 9 Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 Are any amounts owed to post petition creditors delinquent? | | X |
| 11 Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

# Wells Fargo Everyday Checking

December 31, 2020  ■  Page 1 of 5



### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

HELEN  RACANELLI
DEBTOR IN POSSESSION
CH 11 CASE # 16-22617 ((SNY)
16 RIVERSIDE PL
DOBBS FERRY NY 10522-1605

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $286,413.11 |
| Deposits/Additions | 5,628.78 |
| Withdrawals/Subtractions | - 13,161.79 |
| **Ending balance on 12/31** | **$278,880.10** |

Account number: ████4573

**HELEN  RACANELLI**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 16-22617 ((SNY)**
*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████2881

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

(348)
Sheet Seq = 0093620
Sheet 00001 of 00003

December 31, 2020 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Purchase authorized on 11/29 Paypal *Old Navy 402-935-7733 NM S300334631905112 Card 6549 | | 15.65 | |
| 12/1 | | Purchase authorized on 11/30 A & S Italian Pork Brooklyn NY S460335728295589 Card 6549 | | 566.16 | |
| 12/1 | | Purchase authorized on 12/01 Ardsley Market F 645 Saw Ardsley NY P00380336754366297 Card 6549 | | 58.20 | 285,773.10 |
| 12/2 | | Purchase authorized on 11/30 China House Dobbs Ferry NY S300335769677013 Card 6549 | | 17.70 | 285,755.40 |
| 12/3 | | Purchase authorized on 11/29 Paypal *Old Navy 402-935-7733 NM S300334631905112 Card 6549 | | 18.27 | |
| 12/3 | | Purchase authorized on 12/02 Walgreens #11291 Dobbs Ferry NY S460337778792141 Card 6549 | | 22.99 | |
| 12/3 | | Purchase authorized on 12/02 Metate Mexican Res Dobbs Ferry NY S460338019935500 Card 6549 | | 45.52 | |
| 12/3 | | Purchase authorized on 12/02 Shell Service Station Dobbs Ferry NY P00300338093639726 Card 6549 | | 25.14 | |
| 12/3 | | Purchase authorized on 12/03 Green's Natural Foods Scarsdale NY P00580338789448968 Card 6549 | | 118.12 | |
| 12/3 | | Sacredheart Univ Emarket 201201 0857930 Helen Racanelli | | 4,232.40 | 281,292.96 |
| 12/4 | | Purchase authorized on 12/04 Foodtown #530 Hasting on Hu NY P00000000477440556 Card 6549 | | 206.75 | |
| 12/4 | | Purchase authorized on 12/04 Cts Store#7033 393 North Hartsdale NY P00460340037447047 Card 6549 | | 100.23 | 280,985.98 |
| 12/7 | | Purchase authorized on 12/04 Paypal *J Crew Inc 402-935-7733 NY S380339680384900 Card 6549 | | 29.75 | |
| 12/7 | | Purchase authorized on 12/04 House of Sports 9144795419 NY S580339847493341 Card 6549 | | 24.00 | |
| 12/7 | | Purchase authorized on 12/04 Cvs/Pharm 00300--Ardsl Ardsley NY P00000000870211395 Card 6549 | | 60.82 | |
| 12/7 | | Purchase authorized on 12/05 Dryluxe Dobbs Ferry NY P00000000235483892 Card 6549 | | 90.00 | |
| 12/7 | | Purchase authorized on 12/05 Ulta #616 Dobbs Ferry NY S380340675589404 Card 6549 | | 47.45 | |
| 12/7 | | Purchase authorized on 12/05 Nordstrom # 519 3 City Pl White Plains NY P00300340800608197 Card 6549 | | 370.80 | |
| 12/7 | | Purchase authorized on 12/05 Paypal *Hautelooki 402-935-7733 CA S580340851420812 Card 6549 | | 241.19 | |
| 12/7 | | Purchase authorized on 12/06 Victoria's Secret 0604 White Plains NY P00460341734426558 Card 6549 | | 62.73 | |
| 12/7 | | Purchase authorized on 12/06 Ann Taylor Factory White Plains NY P00380341754781965 Card 6549 | | 54.00 | |
| 12/7 | 118 | Check | | 100.00 | 279,905.24 |
| 12/9 | | Purchase authorized on 12/07 Photo Checkout, LI 800-243-1896 SC S580343075750748 Card 6549 | | 29.15 | |
| 12/9 | | Purchase authorized on 12/09 Decicco S 014180 21 Cente Ardsley NY P00580344779727167 Card 6549 | | 111.38 | |
| 12/9 | ^119 | Coned of NY Check Pymt 120820 00119 | | 201.05 | 279,563.66 |
| 12/10 | | Purchase authorized on 12/10 Cvs/Pharmacy #00 00300--A Ardsley NY P00580345824776925 Card 6549 | | 7.50 | |
| 12/10 | | Purchase authorized on 12/10 Cvs/Pharm 00300--Ardsl Ardsley NY P00000000375583221 Card 6549 | | 221.63 | |
| 12/10 | | Purchase authorized on 12/10 Decicco S 014180 21 Cente Ardsley NY P00300345842975414 Card 6549 | | 83.98 | 279,250.55 |
| 12/11 | | Purchase authorized on 12/09 Bestbuycom80638754 888-Bestbuy MN S380345119385311 Card 6549 | | 381.05 | |
| 12/11 | | Recurring Payment authorized on 12/10 Tmobile*Auto Pay 800-937-8997 WA S300345429224199 Card 6549 | | 162.00 | |
| 12/11 | | Purchase authorized on 12/11 Marshalls 2564 Central Yonkers NY P00000000783818398 Card 6549 | | 95.39 | 278,612.11 |

December 31, 2020 ■ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|---------------------|---------------------------|----------------------|
| 12/14 | | Purchase authorized on 12/10 Starbucks Store 51 Yonkers NY S300347778517733 Card 6549 | | 4.30 | |
| 12/14 | | Purchase authorized on 12/11 1 $ Zone #10 Yonkers NY S300346789334505 Card 6549 | | 26.95 | |
| 12/14 | | Purchase authorized on 12/11 Shell Service Station Dobbs Ferry NY P00300347090655568 Card 6549 | | 25.13 | |
| 12/14 | | Purchase authorized on 12/12 Daiso NY Midway Scarsdale NY S380347664039590 Card 6549 | | 26.35 | |
| 12/14 | | Purchase authorized on 12/12 Lord & Taylor #003 750 Scarsdale NY P00000000179388302 Card 6549 | | 159.22 | |
| 12/14 | | Purchase authorized on 12/12 San Gennaros Dobbs Ferry NY S460347737346897 Card 6549 | | 28.61 | |
| 12/14 | | Purchase authorized on 12/13 Stop & Shop 0530 Dobbs Ferry NY P00300348643955785 Card 6549 | | 116.01 | |
| 12/14 | | Purchase authorized on 12/13 Amazing Savings #06 Scarsdale NY P00460348663573850 Card 6549 | | 30.82 | |
| 12/14 | | Purchase authorized on 12/13 Knapp Pizza III Brooklyn NY S380348758864307 Card 6549 | | 66.71 | 278,128.01 |
| 12/15 | | MT Vernon Bd of Reg Salary 201215 21290000 Racanelli, Helen M | 2,814.39 | | |
| 12/15 | | Purchase authorized on 12/10 Paypal *Loft Outle 402-935-7733 NY S580346114035212 Card 6549 | | 25.05 | |
| 12/15 | | Purchase authorized on 12/13 Sushi Mike S Dobbs Ferry NY S580349063382227 Card 6549 | | 80.05 | |
| 12/15 | | Purchase authorized on 12/14 Knapp Pizza III Brooklyn NY S460349852032749 Card 6549 | | 58.21 | |
| 12/15 | | Purchase with Cash Back $ 20.00 authorized on 12/15 Stop & Shop 0530 Dobbs Ferry NY P00300350850361117 Card 6549 | | 110.12 | 280,668.97 |
| 12/16 | | Purchase authorized on 12/14 Ardsley Diner Ardsley NY S460349763577787 Card 6549 | | 75.92 | 280,593.05 |
| 12/17 | | Purchase authorized on 12/16 Chipotle 2089 Dobbs Ferry NY S300351764701711 Card 6549 | | 18.75 | 280,574.30 |
| 12/18 | | Purchase authorized on 12/17 Etsy.Com 718-8557955 NY S300353117838247 Card 6549 | | 70.14 | |
| 12/18 | | Purchase authorized on 12/18 Cvs/Pharm 00300--Ardsl Ardsley NY P00000000189327584 Card 6549 | | 224.21 | 280,279.95 |
| 12/21 | | Purchase authorized on 12/10 Paypal *Ann Taylor 4029357733 CT S580346144531990 Card 6549 | | 117.56 | |
| 12/21 | | Purchase authorized on 12/18 Ardsley Diner Ardsley NY S300353785305934 Card 6549 | | 30.24 | |
| 12/21 | | Purchase authorized on 12/18 Battaglia Brothers Dobbs Ferry NY S460353792177320 Card 6549 | | 59.51 | |
| 12/21 | | Recurring Payment authorized on 12/18 Spotify USA 877-7781161 NY S580354048894500 Card 6549 | | 4.99 | |
| 12/21 | | Purchase authorized on 12/20 Stop & Shop 0530 Dobbs Ferry NY P00380355598748490 Card 6549 | | 136.70 | |
| 12/21 | | Purchase authorized on 12/20 C&S Fantasy Nail & Dobbs Ferry NY S460355707388850 Card 6549 | | 30.00 | |
| 12/21 | | Purchase authorized on 12/21 Walgreens Store 11 Ashfor Dobbs Ferry NY P00380356801312916 Card 6549 | | 48.87 | |
| 12/21 | | Purchase authorized on 12/21 Stew Leonards-Yo 1 Stew L Yonkers NY P00380357018936538 Card 6549 | | 139.52 | 279,712.56 |
| 12/22 | | Purchase authorized on 12/21 Dunkin #330196 Q35 Dobbs Ferry NY S580356785857482 Card 6549 | | 23.98 | |
| 12/22 | 120 | Check | | 90.00 | 279,598.58 |
| 12/23 | | MT Vernon Bd of Reg Salary 201223 21290000 Racanelli, Helen M | 2,814.39 | | 282,412.97 |
| 12/24 | | Purchase authorized on 12/22 Ardsley Diner Ardsley NY S580357742200262 Card 6549 | | 47.26 | |
| 12/24 | | Purchase authorized on 12/23 Sq *Vero Skin Care Yonkers NY S300358766586581 Card 6549 | | 27.22 | |
| 12/24 | | Purchase authorized on 12/24 Foodtown #530 Hasting on Hu NY P00000000781237136 Card 6549 | | 89.34 | |
| 12/24 | 121 | Check | | 4.57 | |

December 31, 2020 ▪ Page 4 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/24 | 111 | Check | | 2,500.00 | 279,744.58 |
| 12/28 | | Purchase authorized on 12/24 Bobs Service Stati Hastings Hdsn NY S460359620252191 Card 6549 | | 47.00 | |
| 12/28 | | Purchase authorized on 12/26 Oasis Day Spa - We Dobbs Ferry NY S580361741964735 Card 6549 | | 63.30 | |
| 12/28 | | Purchase authorized on 12/26 The Ferryman Cafe Dobbs Ferry NY S460361763654497 Card 6549 | | 30.02 | |
| 12/28 | | Purchase authorized on 12/27 Marshalls 2564 Central Yonkers NY P00000000987549585 Card 6549 | | 43.62 | |
| 12/28 | | Purchase authorized on 12/27 Decicco S 014180 21 Cente Ardsley NY P00580362668079967 Card 6549 | | 69.64 | |
| 12/28 | 124 | Check | | 200.00 | 279,291.00 |
| 12/29 | | Purchase authorized on 12/28 Harold Chandler Cl New Rochelle NY S460363685250776 Card 6549 | | 234.00 | |
| 12/29 | | Purchase authorized on 12/29 Stop & Shop 0530 Dobbs Ferry NY P00380364698396549 Card 6549 | | 77.85 | 278,979.15 |
| 12/30 | 125 | Check | | 30.00 | 278,949.15 |
| 12/31 | | Purchase authorized on 12/31 Stop & Shop 0530 Dobbs Ferry NY P00580366602191686 Card 6549 | | 69.05 | 278,880.10 |
| **Ending balance on 12/31** | | | | | **278,880.10** |
| **Totals** | | | **$5,628.78** | **$13,161.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ **Converted check:** Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 111 | 12/24 | 2,500.00 | 120 | 12/22 | 90.00 | 124 * | 12/28 | 200.00 |
| 118 * | 12/7 | 100.00 | 121 | 12/24 | 4.57 | 125 | 12/30 | 30.00 |
| 119 | 12/9 | 201.05 | | | | | | |

\* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2020 - 12/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $278,128.01 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $5,628.78 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

December 31, 2020  ■  Page 5 of 5



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. ...... $ _____|_____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ | |

▶ + $ _____|_____

**C** Add **A** and **B** to calculate the subtotal. = $ _____|_____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ | |

▶ − $ _____|_____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ _____|_____

---

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

**Helen Racanelli**          December 2020

| Date | Check Number | Amount |
|------|--------------|--------|
| 12/7/20 | 118 | $100.00 |
| 12/9/20 | 119 | $201.05 |
| 12/22/20 | 120 | $90.00 |
| 12/24/20 | 121 | $4.57 |
| 12/24/20 | 111 | $2,500.00 |
| 12/28/20 | 124 | $200.00 |
| 12/30/20 | 125 | $30.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |