UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _Helen Racanelli_____   Case No. _16-22617_

Debtor                                     Reporting Period: _November 2020_

                                           Social Security # ████████_2778_
                                           (last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
|   Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(*28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _Helen Racanelli_____   Date _November 2020_

Signature of Joint Debtor _____        Date _____



In re _Helen Racanelli_                    Case No _16-22617_
        **Debtor**                          Reporting Period: _November 2020_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $286,054.04 | |
| **RECEIPTS** _Return_ | 371.95 | |
| Wages (Net) | $5,628.78 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | $190.80 | |
| Insurance | | |
| Auto Expense | $120.50 | |
| Lease Payments | | |
| IRA Contributions | N/A | |
| Repairs and Maintenance | $90.15 | |
| Medical Expenses | $30.00 | |
| Food, Clothing, Hygiene | $5,170.16 | |
| Charitable Contributions | N/A | |
| Alimony and Child Support Payments | N/A | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | $5,641.66 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $286,413.1 | |

In re _Helen Racanelli_    Case No. _16-22617_
Debtor    Reporting Period: _November 2020_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| N/A | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| N/A | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| N/A | | |
| | | |
| | | |
| | | |
| | | |

THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

In re _Helen Racanelli_

**Debtor**

Case No. _16-22617_

Reporting Period: _November 2020_

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | N/A | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE** * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | N/A | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | N/A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re _Helen Racanelli_    Case No. _16-22617_
Debtor    Reporting Period: _November 2020_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  | N/A |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total Cash Disbursements |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 11/3 | Con Ed | Utiler | 170.80 | 110 |
| 11/12 | Dr Libolor | Eye Doctor | 30.00 | 112 |
| 11/9 | DMV | C Liscense | 110.50 | 113 |
| 11/13 | Sams | Food | 95.65 | 114 |
| 11/24 | Parking |  | 20.00 | 116 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Total Bank Account Disbursements |  |  |  |

| Total Disbursements for the Month | |
|-----------------------------------|--|
|  |  |

In re _Helen Racanelli_
**Debtor**

Case No. _16-22617_
Reporting Period: _November 2020_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | N/a | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | N/a | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re _Helen Racanelli_
Debtor

Case No. _16-22617_
Reporting Period: _November 2020_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | N/A | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

In re _Helen Bacarelli_

**Debtor**

Case No. _16-22617_

Reporting Period: _November 2020_

## SUMMARY OF UNPAID POST-PETITION DEBTS

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re _Helen Rucanell_
**Debtor**

Case No. _16 - 22617_
Reporting Period: _November 2020_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re _Helen Racanelli_                    Case No. _16-22617_

**Debtor**                           Reporting Period: _November 2020_

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | No |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | No |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | No |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | No |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | No |
| 6 Are any post petition State or Federal income taxes past due? | | No |
| 7 Are any post petition real estate taxes past due? | | No |
| 8 Are any other post petition taxes past due? | | No |
| 9 Have any pre-petition taxes been paid during this reporting period? | | No |
| 10 Are any amounts owed to post petition creditors delinquent? | | No |
| 11 Have any post petition loans been been received by the Debtor from any party? | | No |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | No |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | No |

# Wells Fargo Everyday Checking

November 30, 2020 ■ Page 1 of 6



HELEN  RACANELLI
DEBTOR IN POSSESSION
CH 11 CASE # 16-22617 ((SNY)
16 RIVERSIDE PL
DOBBS FERRY NY 10522-1605

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $286,054.04 |
| Deposits/Additions | 6,000.73 |
| Withdrawals/Subtractions | - 5,641.66 |
| **Ending balance on 11/30** | **$286,413.11** |

Account number: ▓▓▓▓4573

**HELEN  RACANELLI**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 16-22617 ((SNY)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▓▓▓▓▓881

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 11/2 | | Purchase authorized on 10/31 Custom Crystal Cre Dobbs Ferry NY S380305696814680 Card 6549 | | 34.67 | |
| 11/2 | | Purchase authorized on 10/31 Dobbs Diner Dobbs Ferry NY S580305722190603 Card 6549 | | 24.70 | |
| 11/2 | | Purchase authorized on 10/31 Stop & Shop 0530 390 B Dobbs Ferry NY P00000000784476001 Card 6549 | | 97.33 | |
| 11/2 | | Purchase authorized on 11/01 Paypal *Targetcorp 402-935-7733 IN S300306632870067 Card 6549 | | 20.88 | |
| 11/2 | | Purchase authorized on 11/01 Cvs/Pharm 00300--Ardsl Ardsley NY P00000000474591640 Card 6549 | | 37.22 | |
| 11/2 | | Purchase authorized on 11/01 Decicco S 014180 21 Cente Ardsley NY P00580306700458632 Card 6549 | | 33.74 | |
| 11/2 | | Purchase authorized on 11/01 Ardsley Market F 645 Saw Ardsley NY P00580306711632861 Card 6549 | | 44.20 | 285,761.30 |
| 11/3 | | Purchase authorized on 11/01 Paypal *Targetcorp 402-935-7733 IN S300306632870067 Card 6549 | | 12.53 | |
| 11/3 | | Purchase authorized on 11/01 Paypal *Targetcorp 402-935-7733 IN S300306632870067 Card 6549 | | 22.96 | |
| 11/3 | | Purchase authorized on 11/01 Paypal *Targetcorp 402-935-7733 IN S300306632870067 Card 6549 | | 28.18 | |
| 11/3 | | Purchase authorized on 11/02 Bobs Service Stati Hastings Hdsn NY S580307752107306 Card 6549 | | 20.00 | |
| 11/3 | | Purchase authorized on 11/02 Sams Italian Resta Dobbs Ferry NY S460307757577882 Card 6549 | | 27.00 | |
| 11/3 | | Purchase authorized on 11/02 C&S Fantasy Nail & Dobbs Ferry NY S380307797069318 Card 6549 | | 65.00 | |
| 11/3 | ^ 110 | Coned of NY Check Pymt 110220 00110 | | 170.80 | 285,414.83 |
| 11/4 | | Purchase authorized on 11/03 Whim Mount Kisco NY S380308812899401 Card 6549 | | 101.28 | 285,313.55 |
| 11/5 | | Purchase authorized on 11/03 MT Kisco Coach Mount Kisco NY S300308792936865 Card 6549 | | 101.81 | |
| 11/5 | | Purchase authorized on 11/05 Foodtown #530 Hasting on Hu NY P00000000980488304 Card 6549 | | 70.45 | 285,141.29 |
| 11/6 | | Purchase authorized on 11/06 Stew Leonards-Yo 1 Stew L Yonkers NY P00580311773298116 Card 6549 | | 196.20 | 284,945.09 |
| 11/9 | | Purchase authorized on 11/06 Sams Italian Resta Dobbs Ferry NY S300311808295859 Card 6549 | | 14.00 | |
| 11/9 | | Purchase authorized on 11/07 Battaglia Brothers Dobbs Ferry NY S300312632378059 Card 6549 | | 252.40 | |
| 11/9 | 113 | Check | | 110.50 | 284,568.19 |
| 11/12 | | Purchase authorized on 11/09 Shell Oil 57544322 Yonkers NY S460314458747177 Card 6549 | | 20.15 | |
| 11/12 | | Recurring Payment authorized on 11/10 Tmobile*Auto Pay 800-937-8997 WA S580315374620708 Card 6549 | | 162.00 | |
| 11/12 | | Purchase with Cash Back $ 20.00 authorized on 11/11 Stop & Shop 0530 390 B Dobbs Ferry NY P00000000770783392 Card 6549 | | 77.18 | |
| 11/12 | | Purchase authorized on 11/11 Harold Chandler Cl New Rochelle NY S580316788091845 Card 6549 | | 194.00 | |
| 11/12 | | Purchase authorized on 11/12 Decicco S 014180 21 Cente Ardsley NY P00580317809989428 Card 6549 | | 97.51 | |
| 11/12 | 112 | Check | | 30.00 | 283,987.35 |
| 11/13 | | MT Vernon Bd of Reg Salary 201113 21290000 Racanelli, Helen M | 2,814.39 | | |
| 11/13 | | Purchase authorized on 11/13 Salon Topaz 79 Main St Dobbs Ferry NY P00380318857249289 Card 6549 | | 374.96 | |
| 11/13 | 115 | Check | | 100.00 | |
| 11/13 | 114 | Check | | 95.65 | 286,231.13 |
| 11/16 | | Purchase authorized on 11/14 Stop & Shop 0530 390 B Dobbs Ferry NY P00000000973122233 Card 6549 | | 66.66 | |

November 30, 2020 ▪ Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 11/16 | | Purchase authorized on 11/14 Bobs Service Stati Hastings Hdsn NY S460319555892129 Card 6549 | | 20.00 | |
| 11/16 | | Purchase authorized on 11/14 C&S Fantasy Nail & Dobbs Ferry NY S580319673918157 Card 6549 | | 30.00 | |
| 11/16 | | Purchase authorized on 11/15 Ann Taylor Factory White Plains NY P0046032067727716 Card 6549 | | 123.80 | |
| 11/16 | | Purchase authorized on 11/15 Battaglia Brothers Dobbs Ferry NY S300320694084829 Card 6549 | | 56.35 | |
| 11/16 | | Purchase authorized on 11/15 Metate Mexican Res Dobbs Ferry NY S380320699545708 Card 6549 | | 11.93 | |
| 11/16 | | Purchase authorized on 11/15 Peapod *Groceries 800-5Peapod IL S580320766855077 Card 6549 | | 71.77 | 285,850.62 |
| 11/17 | | Purchase Return authorized on 11/15 Zales #1731 White Plains NY S620322545020309 Card 6549 | 371.95 | | |
| 11/17 | | Purchase authorized on 11/16 Paypal *Hautelooki 402-935-7733 CA S380321758840216 Card 6549 | | 46.94 | 286,175.63 |
| 11/18 | | Purchase authorized on 11/13 Macys .Com 800-289-6229 OH S580319226334750 Card 6549 | | 55.74 | |
| 11/18 | | Purchase authorized on 11/17 Chipotle 2089 Dobbs Ferry NY S460323049974686 Card 6549 | | 14.68 | 286,105.21 |
| 11/19 | | Purchase authorized on 11/17 Coldstone #20650 Scarsdale NY S460323059973340 Card 6549 | | 11.46 | |
| 11/19 | | Purchase authorized on 11/18 Walgreens #11291 Dobbs Ferry NY S380323837451165 Card 6549 | | 271.23 | |
| 11/19 | | Purchase authorized on 11/18 Sams Italian Resta Dobbs Ferry NY S580323842282448 Card 6549 | | 37.39 | |
| 11/19 | | Recurring Payment authorized on 11/18 Spotify USA 877-7781161 NY S300324048888251 Card 6549 | | 4.99 | 285,780.14 |
| 11/20 | | Purchase authorized on 11/20 Stew Leonards-Yo 1 Stew L Yonkers NY P0038032580152087 Card 6549 | | 247.36 | |
| 11/20 | | Purchase authorized on 11/20 Cvs/Pharm 00300--Ardsl Ardsley NY P0000000480034021 Card 6549 | | 168.55 | 285,364.23 |
| 11/23 | | Purchase authorized on 11/20 Knapp Pizza III Brooklyn NY S580325719893319 Card 6549 | | 64.16 | |
| 11/23 | | Purchase authorized on 11/21 Walgreens #11291 Dobbs Ferry NY S380326694982433 Card 6549 | | 58.66 | |
| 11/23 | | Purchase authorized on 11/21 Sweet and Savory Dobbs Ferry NY S300326703910712 Card 6549 | | 33.15 | |
| 11/23 | | Purchase authorized on 11/21 Sq *Vero Skin Care Yonkers NY S300326753801995 Card 6549 | | 41.37 | |
| 11/23 | | Purchase authorized on 11/21 Stop & Shop 0530 390 B Dobbs Ferry NY P0000000039292771 Card 6549 | | 44.17 | |
| 11/23 | | Purchase authorized on 11/22 Amazing Savings #06 Scarsdale NY P00300327579360905 Card 6549 | | 59.84 | |
| 11/23 | | Purchase authorized on 11/22 Carter's 2594 Central Yonkers NY P0000000087035101 Card 6549 | | 53.34 | |
| 11/23 | | Purchase authorized on 11/22 Burlington Stores 363 Yonkers NY P00300327641914893 Card 6549 | | 156.29 | |
| 11/23 | | Purchase authorized on 11/22 Walgreens #11291 Dobbs Ferry NY S460327657250166 Card 6549 | | 54.95 | |
| 11/23 | | Purchase authorized on 11/23 Cvs/Pharm 00300--Ardsl Ardsley NY P0000000237680159 Card 6549 | | 55.75 | 284,742.55 |
| 11/24 | | Purchase authorized on 11/22 Daiso NY Midway Scarsdale NY S580327589533901 Card 6549 | | 32.18 | |
| 11/24 | 116 | Check | | 20.00 | 284,690.37 |
| 11/25 | | Purchase authorized on 11/23 Ardsley Diner Ardsley NY S380328755638320 Card 6549 | | 23.79 | 284,666.58 |
| 11/27 | | Purchase authorized on 11/24 Paypal *Brandymelv 402-935-7733 NJ S580330151198270 Card 6549 | | 114.92 | |
| 11/27 | | Purchase authorized on 11/24 Paypal *Carters 402-935-7733 GA S580330191157999 Card 6549 | | 41.74 | |

November 30, 2020 ■ Page 4 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/27 | | Purchase authorized on 11/25 Costco Membership 800-774-2678 WA S580330660358685 Card 6549 | | 65.03 | |
| 11/27 | | Purchase authorized on 11/25 Tst* J.P. Doyle S Sleepy Hollow NY S460330711770780 Card 6549 | | 78.27 | |
| 11/27 | | Purchase authorized on 11/25 Healthy Sugar Nyc Tarrytown NY S460331092133397 Card 6549 | | 33.82 | |
| 11/27 | | Sacredheart Univ Emarket 201125 0857930 Helen Racanelli | | 65.00 | 284,267.80 |
| 11/30 | | MT Vernon Bd of Reg Salary 201130 21290000 Racanelli, Helen M | 2,814.39 | | |
| 11/30 | | Purchase authorized on 11/24 Paypal *Aedirectco 402-935-7733 PA S300330171514096 Card 6549 | | 38.59 | |
| 11/30 | | Purchase authorized on 11/27 Cvs/Pharmacy #0030 Ardsley NY S460333029723303 Card 6549 | | 78.54 | |
| 11/30 | | Purchase authorized on 11/27 Sp * Adika Httpswww.Adik CA S580333080959142 Card 6549 | | 83.70 | |
| 11/30 | | Purchase authorized on 11/27 Missguided.Com Missguided.CO DE S380333081723090 Card 6549 | | 63.00 | |
| 11/30 | | Purchase authorized on 11/28 USPS PO 35225000 120 Main Dobbs Ferry NY P00380333600763486 Card 6549 | | 44.00 | |
| 11/30 | | Purchase authorized on 11/28 Tjmaxx #0 425 N Centra Hartsdale NY P00000000735886683 Card 6549 | | 361.25 | 286,413.11 |
| **Ending balance on 11/30** | | | | | 286,413.11 |
| **Totals** | | | **$6,000.73** | **$5,641.66** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**^ Converted check:** *Check converted to an electronic format by your payee or designated representative.  Checks converted to electronic format cannot be returned, copied or imaged.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 110 | 11/3 | 170.80 | 113 | 11/9 | 110.50 | 115 | 11/13 | 100.00 |
| 112 * | 11/12 | 30.00 | 114 | 11/13 | 95.65 | 116 | 11/24 | 20.00 |

* *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2020 - 11/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $283,987.35 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $5,628.78 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

November 30, 2020 ■ Page 5 of 6



 IMPORTANT ACCOUNT INFORMATION

Effective on or after November 30, 2020, (1) Wells Fargo branches will no longer be able to issue Wells Fargo Instant Issue Debit Cards and/or Business Instant Issue Debit Cards in certain circumstances, and (2) Wells Fargo branches in the states of South Carolina and Washington will no longer be able to issue Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and/or EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards typically arrive in 5 to 7 calendar days. If you previously added your current Wells Fargo Debit Card or EasyPay Card to your Wells Fargo-supported digital wallet, you may continue to make purchases and access Wells Fargo ATMs using your digital wallet while you wait for your replacement card to arrive. For more details on digital wallets, please visit wellsfargo.com/mobile/payments.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

▶ + $ _____

**C** Add **A** and **B** to calculate the subtotal.          = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

▶ - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

| | | |
|---|---|---|
| 11/3/20 | #110 | $170.80 |
| 11/12/20 | #112 | $30.00 |
| 11/09/20 | #113 | $110.50 |
| 11/13/20 | #114 | $95.65 |
| 11/13/20 | #115 | $100.00 |
| 11/24/20 | #116 | $20.00 |
| | | |
| | | |

November 2020