UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re Helen M. Racanelli _____    Case No. 16-22617 _____
Debtor                                       Reporting Period: February 2021 _____

Social Security # 102582778 _____
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _Helen Racanelli_ _____    Date 3/1/21 _____

Signature of Joint Debtor _____    Date _____

In re _____ Helen M. Racanelli _____        Case No. 16-22617

Debtor                                           Reporting Period: February 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $276,490.44 | |
| **RECEIPTS** | | |
| Wages (Net) | $5,641.79 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| **Total Receipts** | $5,641.79 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 2500 | |
| **Other Secured Note Payments** | | |
| Utilities | $375.00 | |
| Insurance | | |
| Auto Expense | 99.50 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 380.35 | |
| Medical Expenses | 961.02 | |
| Food, Clothing, Hygiene | 2,686.54 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | 1,732.40 | |
| **Total Ordinary Disbursements** | 8,684.81 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 273,447.42 | |

In re _____ *Helen M. Racanelli* _____          Case No. *16-22617*

Debtor                                              Reporting Period: *February 2021*

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | *0* | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | *0* | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | *0* | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | *0* | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | *0* |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | *0* |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | *0* |

In re _Helen M. Racanelli_
Debtor

Case No. _16-22617_
Reporting Period: _February 2021_

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | N/A | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE *** | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

In re _Helen M. Racanelli_    Case No. _16-22-617_

Debtor    Reporting Period: _February 2021_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  | N/A |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Cash Disbursements |  |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  | N/A |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total Bank Account Disbursements |  |  |  |  |

| Total Disbursements for the Month |  |
|-----------------------------------|--|

In re _Helen M. Racanelli_    Case No. _16-22617_
Debtor    Reporting Period: _February 2021_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | N/A | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | N/A | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

FORM MOR-3 (INDV)
2/2008
PAGE 1 OF 2

In re _Helen M. Racanelli_          Case No. _16-22617_
**Debtor**                                Reporting Period: _February 2021_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | N/A | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | N/A | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | | |

In re _Helen M. Racanelli_
**Debtor**

Case No. _16-22617_
Reporting Period: _February 2021_

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | **Number of Days Past Due** | | | |
| Mortgage | N/A | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re _____ *Helen M. Racanelli* _____     Case No. *16 - 22617*

Debtor                                           Reporting Period: *February 2021*

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re _Helen M. Racanelli_    Case No. _16-22617_
Debtor    Reporting Period: _February 2021_

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 Are any post petition real estate taxes past due? | | ✓ |
| 8 Are any other post petition taxes past due? | | ✓ |
| 9 Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

# Wells Fargo Everyday Checking

February 28, 2021  ■  Page 1 of 5



HELEN  RACANELLI
DEBTOR IN POSSESSION
CH 11 CASE # 16-22617 ((SNY)
16 RIVERSIDE PL
DOBBS FERRY NY 10522-1605

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $276,490.44 |
| Deposits/Additions | 5,641.79 |
| Withdrawals/Subtractions | - 8,684.81 |
| **Ending balance on 2/28** | **$273,447.42** |

Account number          **573**

**HELEN  RACANELLI
DEBTOR IN POSSESSION
CH 11 CASE # 16-22617 ((SNY)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

February 28, 2021 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/1 | | Purchase Return authorized on 01/30 Marshalls #0103 Hartsdale NY S611032481987043 Card 6549 | 3.99 | | |
| 2/1 | | Purchase authorized on 01/29 Sq *Broccoli's Lun Dobbs Ferry NY S301029732450598 Card 6549 | | 26.10 | |
| 2/1 | | Purchase authorized on 01/29 Paypal *Sweetpeaba 402-935-7733 CA S461030085613225 Card 6549 | | 67.98 | |
| 2/1 | | Purchase authorized on 01/30 Stop & Shop 0530 390 B Dobbs Ferry NY P0000000480432855 Card 6549 | | 211.70 | |
| 2/1 | | Purchase authorized on 01/30 Marshalls 221 N. Centr Hartsdale NY P00000000189393564 Card 6549 | | 25.88 | |
| 2/1 | | Recurring Payment authorized on 01/31 Daily Harvest Httpswww.Dail NY S461032002295242 Card 6549 | | 101.86 | |
| 2/1 | | Metlife P C Ins Paymnt Feb 21 xxxxx1485 Racanelli Helen | | 224.67 | 275,836.24 |
| 2/2 | | Purchase authorized on 02/01 Paypal *Sweetpeaba 402-935-7733 CA S581032630664023 Card 6549 | | 32.00 | 275,804.24 |
| 2/3 | | Purchase authorized on 02/02 Golden Dragon Dobbs Ferry NY S461033815593568 Card 6549 | | 28.23 | |
| 2/3 | | Purchase authorized on 02/03 Decicco S 014180 21 Cente Ardsley NY P00301034844490969 Card 6549 | | 162.14 | |
| 2/3 | | Sacredheart Univ Emarket 210201 0857930 Helen Racanelli | | 4,232.40 | 271,381.47 |
| 2/4 | | Zelle to Racanelli Sophia on 02/04 Ref #Rp09Rpdpnb | | 100.00 | 271,281.47 |
| 2/5 | | Purchase authorized on 02/03 Ardsley Diner Ardsley NY S581034849980246 Card 6549 | | 39.72 | |
| 2/5 | | Purchase authorized on 02/05 Stop & Shop 0530 390 B Dobbs Ferry NY P0000000781068419 Card 6549 | | 71.49 | 271,170.26 |
| 2/8 | | Purchase authorized on 02/06 The Ferryman Cafe Dobbs Ferry NY S461037594072636 Card 6549 | | 14.36 | |
| 2/8 | | Purchase authorized on 02/06 C&S Fantasy Nail & Dobbs Ferry NY S381037646961763 Card 6549 | | 95.00 | |
| 2/8 | | Purchase authorized on 02/06 Bobs Service Stati Hastings Hdsn NY S301037670360464 Card 6549 | | 39.50 | |
| 2/8 | | Purchase authorized on 02/06 Food for Thought Hastings on H NY S301037675902172 Card 6549 | | 49.94 | |
| 2/8 | | Zelle to Racanelli Sophia on 02/06 Ref #Rp09S6Wbrl | | 100.00 | |
| 2/8 | | Purchase authorized on 02/07 Chipotle 2089 Dobbs Ferry NY S461038718544531 Card 6549 | | 17.67 | |
| 2/8 | | Purchase authorized on 02/07 Sams Italian Resta Dobbs Ferry NY S381038734541005 Card 6549 | | 20.00 | |
| 2/8 | | Cash eWithdrawal in Branch/Store 02/08/2021 15:40 Pm 921 Saw Mill River Rd Ardsley NY 6549 | | 200.00 | 270,633.79 |
| 2/9 | | Purchase authorized on 02/09 Stop & Shop 0530 390 B Dobbs Ferry NY P00000003760964443 Card 6549 | | 78.21 | 270,555.58 |
| 2/10 | | Purchase authorized on 02/08 Ardsley Cucina Ardsley NY S581039742289410 Card 6549 | | 42.81 | 270,512.77 |
| 2/11 | | Recurring Payment authorized on 02/10 Tmobile*Auto Pay 800-937-8997 WA S381041378469703 Card 6549 | | 163.00 | |
| 2/11 | | Purchase authorized on 02/11 USPS PO 35225000 120 Main Dobbs Ferry NY P00581042746316783 Card 6549 | | 9.69 | |
| 2/11 | | Zelle to Racanelli Sophia on 02/11 Ref #Rp09Szyynv | | 100.00 | 270,240.08 |
| 2/12 | | MT Vernon Bd of Reg Salary 210212 21290000 Racanelli, Helen M | 2,818.90 | | |
| 2/12 | | Purchase authorized on 02/12 Cvs/Pharmacy #00 00300–A Ardsley NY P00581044037689337 Card 6549 | | 132.21 | 272,926.77 |
| 2/16 | | Purchase authorized on 02/13 Bobs Service Stati Hastings Hdsn NY S381044624508311 Card 6549 | | 30.35 | |
| 2/16 | | Purchase authorized on 02/13 Riviera Bake House Ardsley NY S581044805692052 Card 6549 | | 41.45 | |
| 2/16 | | Purchase authorized on 02/14 Paypal *Hautelooki 402-935-7733 CA S301045723680417 Card 6549 | | 20.82 | |
| 2/16 | | Purchase authorized on 02/14 Stop & Shop 0530 390 B Dobbs Ferry NY P0000000086129834 Card 6549 | | 134.58 | |



February 28, 2021 ∎ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/16 | | Zelle to Racanelli Sophia on 02/14 Ref #Rp09Tlzzgm | | 100.00 | |
| 2/16 | | Purchase authorized on 02/15 Turkish Cuisine White Plains NY S461046699179710 Card 6549 | | 40.98 | |
| 2/16 | | Purchase authorized on 02/15 Sq *Alter-Native White Plains NY S461046732027174 Card 6549 | | 25.99 | |
| 2/16 | | Purchase authorized on 02/15 Urban Outfitters 125 West White Plains NY P00381046749215367 Card 6549 | | 61.53 | 272,471.07 |
| 2/17 | | Purchase authorized on 02/17 Stop & Shop 0530 390 B Dobbs Ferry NY P0000000672640972 Card 6549 | | 67.89 | 272,403.18 |
| 2/18 | | Purchase authorized on 02/17 Westchester Med Gr Rye Brook NY S581048662960192 Card 6549 | | 30.00 | |
| 2/18 | | Purchase authorized on 02/17 The Ferryman Cafe Dobbs Ferry NY S301048731103427 Card 6549 | | 15.71 | |
| 2/18 | | Zelle to Racanelli Sophia on 02/18 Ref #Rp09V9Gnbn | | 100.00 | |
| 2/18 | 132 | Check | | 49.04 | 272,208.43 |
| 2/19 | | Purchase authorized on 02/17 Shu E Markets 203-371-7936 CT S461048545492081 Card 6549 | | 500.00 | |
| 2/19 | | Purchase authorized on 02/18 Stagioni Ardsley NY S461050005225777 Card 6549 | | 52.00 | |
| 2/19 | | Purchase authorized on 02/18 Spotify USA 877-7781161 NY S581050048880141 Card 6549 | | 4.99 | |
| 2/19 | | Purchase authorized on 02/19 Decicco S 014180 21 Cente Ardsley NY P00301051000774780 Card 6549 | | 83.74 | |
| 2/19 | 122 | Check | | 4.88 | 271,562.82 |
| 2/22 | | Purchase authorized on 02/19 Westchester Med Gr Rye Brook NY S381050593802174 Card 6549 | | 30.00 | |
| 2/22 | | Purchase authorized on 02/19 Harold Chandler Cl 914-235-8385 NY S581050833255039 Card 6549 | | 255.00 | |
| 2/22 | | Purchase authorized on 02/20 Tjmaxx #0 425 N Centra Hartsdale NY P00000000370471013 Card 6549 | | 33.70 | |
| 2/22 | | Purchase authorized on 02/20 Decicco S 014180 21 Cente Ardsley NY P00581051684782005 Card 6549 | | 63.62 | |
| 2/22 | | Purchase authorized on 02/20 Sams Italian Resta Dobbs Ferry NY S461051692880725 Card 6549 | | 18.00 | |
| 2/22 | | Purchase authorized on 02/21 Walgreens #11291 Dobbs Ferry NY S581052794686211 Card 6549 | | 50.00 | |
| 2/22 | 133 | Check | | 4.88 | |
| 2/22 | 134 | Check | | 75.00 | 271,032.62 |
| 2/24 | | Purchase authorized on 02/22 Paypal *Lululemonu 402-935-7733 WA S381054123214713 Card 6549 | | 60.54 | |
| 2/24 | | Purchase authorized on 02/23 Battaglia Brothers Dobbs Ferry NY S381054748091538 Card 6549 | | 46.14 | |
| 2/24 | | Purchase authorized on 02/24 Ardsley Market F 645 Saw Ardsley NY P00581055768938633 Card 6549 | | 58.04 | 270,867.90 |
| 2/25 | | Zelle to Racanelli Sophia on 02/25 Ref #Rp09Wn6F63 | | 100.00 | 270,767.90 |
| 2/26 | | MT Vernon Bd of Reg Salary 210226 21290000 Racanelli, Helen M | 2,818.90 | | |
| 2/26 | | Zelle to Racanelli Sophia on 02/26 Ref #Rp09Wtn6Ww | | 75.00 | |
| 2/26 | | Purchase authorized on 02/26 Cvs/Pharm 00300–Ardsl Ardsley NY P00000000383267452 Card 6549 | | 54.07 | |
| 2/26 | | Purchase authorized on 02/26 Cvs/Pharmacy #00 00300–A Ardsley NY P00381057841709867 Card 6549 | | 10.31 | 273,447.42 |
| **Ending balance on 2/28** | | | | | 273,447.42 |
| **Totals** | | | **$5,641.79** | **$8,684.81** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

February 28, 2021 ■ Page 4 of 5



## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 122 | 2/19 | 4.88 | 133 | 2/22 | 4.88 | 134 | 2/22 | 75.00 |
| 132 * | 2/18 | 49.04 | | | | | | |

\* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2021 - 02/28/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $270,240.08 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $5,637.80 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



# IMPORTANT ACCOUNT INFORMATION

---

Effective on or after April 1, 2021, Wells Fargo will no longer issue temporary debit cards, including Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards arrive by mail in 5 to 7 calendar days. You may add your Wells Fargo Debit Card or EasyPay Card to a Wells Fargo-supported digital wallet on your mobile device so you can make secure, convenient purchases in stores, online, and in apps, and access Wells Fargo ATMs while you wait for your replacement card. For more details on digital wallets, please visit **wellsfargo.com/mobile/payments.**   Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry.

---

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

---

To provide you with additional flexibility to access accounts, we have increased the daily ATM withdrawal limit on your Wells Fargo Debit, ATM, or EasyPay Card(s) to $1,010. Any card that already has a daily ATM withdrawal limit of $1,010 or more remains the same. To view your card limits any time, sign on at wellsfargo.com/cardcontrol and click on Open Card Details.

February 28, 2021  ▪  Page 5 of 5



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.                $ _____ |

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |      \| |
|             |      \| |
|             |      \| |
|             |      \| |
| **Total** $ |      \| |

                                                          + $ _____ |

**C**  Add **A** and **B** to calculate the subtotal.        = $ _____ |

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
|                    |      \| |
| **Total** $        |      \| |

                                                          - $ _____ |

**E**  **Subtract** **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.

                                                          = $ _____ |

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

**Helen Racanelli**                                                         **February 2021**

| Date | Check Number | Amount |
|------|--------------|--------|
| February 18, 2021 | 122 | $49.04 |
| February 19, 2021 | 132 | $4.88 |
| February 22, 2021 | 133 | $4.88 |
| February 22, 2021 | 134 | $75.00 |
| | | |
| | | |
| | | |