UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re *Helen M. Racanelli*
**Debtor**

Case No. *16-22617*
Reporting Period: *March 2021*

Social Security # *102 582778*
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor *Helen M. Racanelli*          Date *4/1/21*

Signature of Joint Debtor _____          Date _____

In re _Helen Racanelli_

Debtor

Case No. 16-22617

Reporting Period: March 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $273,447.42 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | $5,642.68 | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 2500 | |
| **Other Secured Note Payments** | | |
| Utilities | 163.00 | |
| Insurance | 415.00 | |
| Auto Expense | 340.00 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | $132.98 | |
| Medical Expenses | 1,015.17 | |
| Food, Clothing, Hygiene | $3,991.54 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | $8657.69 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** (Ordinary + Reorganization) | | |
| **Net Cash Flow** (Total Receipts - Total Disbursements) | | |
| **Cash - End of Month** (Must equal reconciled bank statement) | $270,532.41 | |

In re _Helen M. Racanelli_          Case No. _16-22617_
　Debtor                          Reporting Period: _March 2021_

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 |

In re _Helen Racanelli_
Debtor

Case No. _16-22617_
Reporting Period: _March 2021_

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | N/A | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE** * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

In re _____ *Helen Ragonelli* _____       Case No. *16-22617*
**Debtor**                               Reporting Period: *march 2021*

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  | *N/A* |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| | Total Cash Disbursements | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  | *N/A* |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | Total Bank Account Disbursements | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
|  |  |

In re _Helen Racanelli_    Case No. _16-22617_

**Debtor**    Reporting Period: _March 2021_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | N/A | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| **TOTAL REAL PROPERTY ASSETS** | | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | N/A | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| **TOTAL PERSONAL PROPERTY** | | |
| **TOTAL ASSETS** | | |

In re _Helen Raccenelli_          Case No. _16-22617_
Debtor                            Reporting Period: _March 2021_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | N/A | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | N/A | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | | |

In re _Helen Racanelli_    Case No. _16-22617_
**Debtor**    Reporting Period: _March 2021_

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | n/a |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

_____

In re _Helen Racanelli_     Case No. _16-22617_
**Debtor**     Reporting Period: _March 2021_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re _Helen Racanelli_     Case No. _16-22617_
Debtor                      Reporting Period: _March 2021_

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 Are any post petition real estate taxes past due? | | ✓ |
| 8 Are any other post petition taxes past due? | | ✓ |
| 9 Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

# Wells Fargo Everyday Checking

March 31, 2021 ■ Page 1 of 5



HELEN  RACANELLI
DEBTOR IN POSSESSION
CH 11 CASE # 16-22617 ((SNY)
16 RIVERSIDE PL
DOBBS FERRY NY 10522-1605

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these*
*convenient services with your account(s).  Go to*
*wellsfargo.com or call the number above if you have*
*questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021:
800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call
any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of
hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $273,447.42 |
| Deposits/Additions | 5,642.68 |
| Withdrawals/Subtractions | - 8,557.69 |
| **Ending balance on 3/31** | **$270,532.41** |

Account number:      **573**

**HELEN  RACANELLI**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 16-22617 ((SNY)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

# Wells Fargo Everyday Checking

March 31, 2021 ■ Page 1 of 5

HELEN RAGANELLI
DEBTOR IN POSSESSION
CH 11 CASE # 16-22617 (RDD)
10 RIVERSIDE PL
DOBBS FERRY NY [illegible]

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711
1-800-742-4932
En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| | | | |
|---|---|---|---|
| Online Banking | | Direct Deposit | |
| Online Bill Pay | | Auto Transfer/Payment | |
| Online Statements | | Overdraft Protection | |
| Mobile Banking | | Debit Card | |
| My Spending Report | | Overdraft Service | |

## IMPORTANT ACCOUNT INFORMATION

The following [illegible] for the Deaf (TTY/TDD) lines are being retired as of March [illegible], 2021: [illegible] and [illegible]. [illegible] including calls from the 711 [illegible] Wells Fargo [illegible]. Wells Fargo will continue to provide excellent service to [illegible]

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | [illegible] |
| Deposits/Additions | [illegible] |
| Withdrawals/Subtractions | - [illegible] |
| Ending balance on 3/31 | [illegible] |

Account number: [illegible]
HELEN RAGANELLI
DEBTOR IN POSSESSION
CH 11 CASE # 16-22617 (RDD)
[illegible]
For Direct Deposit use
Routing Number (RTN): [illegible]

March 31, 2021 ▪ Page 2 of 5



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 3/1 | | Purchase authorized on 02/26 Phr*Entandallergya Yonkers NY S581057761589634 Card 6549 | | 30.00 | |
| 3/1 | | Purchase authorized on 02/26 Sams Italian Resta Dobbs Ferry NY S461058002592607 Card 6549 | | 23.00 | |
| 3/1 | | Purchase authorized on 02/26 Paypal *Etsy 402-935-7733 CA S381058036267062 Card 6549 | | 15.56 | |
| 3/1 | | Purchase authorized on 02/26 Paypal *Etsy.Com 402-935-7733 CA S581058036277949 Card 6549 | | 21.63 | |
| 3/1 | | Zelle to Racanelli Sophia on 02/27 Ref #Rp09x2Nsjg | | 100.00 | |
| 3/1 | | Purchase authorized on 02/27 Bobs Service Stati Hastings Hdsn NY S381058565347689 Card 6549 | | 37.20 | |
| 3/1 | | Purchase authorized on 02/27 Sq *Scaperrotta's Dobbs Ferry NY S381058697629217 Card 6549 | | 18.41 | |
| 3/1 | | Purchase authorized on 02/27 Foodtown #530 Hasting on Hu NY P00000000481766551 Card 6549 | | 152.41 | |
| 3/1 | | Purchase authorized on 02/27 Carvel 2065 Franklin Squa NY S581058798485123 Card 6549 | | 33.55 | |
| 3/1 | | Purchase authorized on 02/27 Sq *Energy Fuel GA Garden City NY S301058825758503 Card 6549 | | 18.78 | |
| 3/1 | | Purchase authorized on 02/28 Mom's Organic Market Dobbs Ferry NY P0058105967242929 Card 6549 | | 62.24 | |
| 3/1 | | Metlife P C Ins Paymnt Mar 21 xxxxx1485 Racanelli Helen | | 224.67 | 272,709.97 |
| 3/2 | | Purchase authorized on 03/02 Decicco S 014180 21 Cente Ardsley NY P003010618193837885 Card 6549 | | 150.72 | 272,559.25 |
| 3/3 | | Purchase authorized on 03/02 Lebanon Heart Corp 9172579329 NY S301061579881871 Card 6549 | | 225.00 | |
| 3/3 | | Zelle to Racanelli Sophia on 03/03 Ref #Rp09Y55587 | | 50.00 | |
| 3/3 | | Sacredheart Univ Emarket 210301 0857930 Helen Racanelli | | 4,232.40 | 268,051.85 |
| 3/8 | | ATM Check Deposit on 03/08 921 Saw Mill River Rd Ardsley NY 0002767 ATM ID 0220E Card 6549 | 4.88 | | |
| 3/8 | | Purchase authorized on 03/06 Stew Leonards-Yo 1 Stew L Yonkers NY P00461065658372281 Card 6549 | | 229.29 | |
| 3/8 | | Purchase authorized on 03/08 Decicco S 014180 21 Cente Ardsley NY P0030106776839282 Card 6549 | | 98.01 | 267,729.43 |
| 3/9 | | Purchase authorized on 03/07 Coldstone #20650 Scarsdale NY S301067059284039 Card 6549 | | 17.30 | |
| 3/9 | | Purchase authorized on 03/08 Paypal *Sweetpeaba 402-935-7733 CA S581067498844706 Card 6549 | | 46.35 | 267,665.78 |
| 3/10 | | Zelle to Racanelli Sophia on 03/10 Ref #Rp09Zjj4Qx | | 100.00 | 267,565.78 |
| 3/11 | | Recurring Payment authorized on 03/10 Tmobile*Auto Pay 800-937-8997 WA S301069434642741 Card 6549 | | 163.00 | |
| 3/11 | | Purchase authorized on 03/10 The Ferryman Cafe Dobbs Ferry NY S461069542028742 Card 6549 | | 23.57 | |
| 3/11 | | Purchase authorized on 03/10 Battaglia Brothers Dobbs Ferry NY S581069674241914 Card 6549 | | 29.35 | |
| 3/11 | | Purchase authorized on 03/10 Custom Crystal Cre Dobbs Ferry NY S581069722252753 Card 6549 | | 69.50 | |
| 3/11 | | Zelle to Racanelli Sophia on 03/11 Ref #Rp09Zphjg7 | | 50.00 | 267,230.36 |
| 3/12 | | Purchase authorized on 03/11 Sams Italian Resta Dobbs Ferry NY S581070744647131 Card 6549 | | 18.00 | |
| 3/12 | | Purchase authorized on 03/11 Df High School Act 800-8036755 NY S461071143635087 Card 6549 | | 23.92 | |
| 3/12 | | Purchase authorized on 03/12 Foodtown #530 Hasting on Hu NY P00000000175230723 Card 6549 | | 97.38 | 267,091.06 |

March 31, 2021 ■ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/15 | | MT Vernon Bd of Reg Salary 210315 21290000 Racanelli, Helen M | 2,818.90 | | |
| 3/15 | | Purchase authorized on 03/11 Paypal *Nike.Com 402-935-7733 OR S461071158114383 Card 6549 | | 86.89 | |
| 3/15 | | Purchase authorized on 03/12 Tst* Frank Pepe S Yonkers NY S381072030414779 Card 6549 | | 25.86 | |
| 3/15 | | Purchase authorized on 03/13 Marshalls 2564 Central Yonkers NY P00000000739518874 Card 6549 | | 121.56 | |
| 3/15 | | Purchase authorized on 03/13 Mom's Organic Market Dobbs Ferry NY P00381072726341806 Card 6549 | | 36.39 | |
| 3/15 | | Purchase authorized on 03/13 Cvs/Pharmacy #0048 Scarsdale NY S381072759742411 Card 6549 | | 17.83 | |
| 3/15 | | Purchase authorized on 03/14 Dobbs Ferry Ser Dobbs Ferry NY P00000000872008019 Card 6549 | | 25.20 | |
| 3/15 | | Purchase authorized on 03/14 Battaglia Brothers Dobbs Ferry NY S301073612365743 Card 6549 | | 67.06 | |
| 3/15 | | Purchase authorized on 03/14 Stop & Shop 0530 Dobbs Ferry NY P00301073671462528 Card 6549 | | 18.71 | |
| 3/15 | | Purchase authorized on 03/15 Ardsley M 645 Saw Mill Ardsley NY P00000000189466801 Card 6549 | | 12.83 | 269,497.63 |
| 3/16 | | Purchase authorized on 03/16 Foodtown #530 Hasting on Hu NY P00000000583594699 Card 6549 | | 64.17 | |
| 3/16 | | Zelle to Racanelli Sophia on 03/16 Ref #Rp0B2S2Wck | | 40.00 | 269,393.46 |
| 3/17 | | Purchase authorized on 03/15 China House Dobbs Ferry NY S301074704033665 Card 6549 | | 13.84 | |
| 3/17 | 135 | Check | | 75.00 | 269,304.62 |
| 3/18 | | Purchase authorized on 03/16 Cbr*Cordblood Regi 800-588-6377 MA S381075786682506 Card 6549 | | 275.00 | |
| 3/18 | | Purchase authorized on 03/18 Decicco S 014180 21 Cente Ardsley NY P00301077794972986 Card 6549 | | 104.08 | 268,925.54 |
| 3/19 | | Recurring Payment authorized on 03/18 Spotify USA 877-7781161 NY S381078048889573 Card 6549 | | 4.99 | |
| 3/19 | 136 | Check | | 26.07 | 268,894.48 |
| 3/22 | | Purchase authorized on 03/19 Harold Chandler Cl 914-235-8385 NY S381078812061224 Card 6549 | | 157.00 | |
| 3/22 | | Purchase authorized on 03/20 Walgreens Store 11 Ashfor Dobbs Ferry NY P00301080070643366 Card 6549 | | 30.09 | |
| 3/22 | | Purchase authorized on 03/21 Tranquility 2 Foot Franklin Sq NY S301080712065803 Card 6549 | | 103.50 | |
| 3/22 | | Purchase authorized on 03/22 Mom's Organic Market Dobbs Ferry NY P00301081834538099 Card 6549 | | 62.07 | 268,541.82 |
| 3/23 | | Purchase authorized on 03/21 Hastings Tire Hastings on H NY S581080618894510 Card 6549 | | 54.00 | |
| 3/23 | | Purchase authorized on 03/22 The Taco Project Yonkers NY S581081851509043 Card 6549 | | 20.03 | 268,467.79 |
| 3/24 | | Purchase authorized on 03/23 Buddha Asian Resta Dobbs Ferry NY S301082785413598 Card 6549 | | 40.10 | |
| 3/24 | | Purchase authorized on 03/24 Stop & Shop 0530 Dobbs Ferry NY P00381083746922908 Card 6549 | | 51.31 | 268,376.38 |
| 3/26 | | MT Vernon Bd of Reg Salary 210326 21290000 Racanelli, Helen M | 2,818.90 | | |
| 3/26 | | Purchase authorized on 03/25 Battaglia Brothers Dobbs Ferry NY S301084709320708 Card 6549 | | 63.14 | 271,132.14 |
| 3/29 | | Purchase authorized on 03/29 Decicco S 014180 21 Cente Ardsley NY P00381088748467101 Card 6549 | | 95.36 | 271,036.78 |
| 3/30 | | Purchase authorized on 03/28 Philly's Gourmet S Philadelphia PA S581087659322370 Card 6549 | | 15.38 | 271,021.40 |
| 3/31 | | Purchase authorized on 03/29 Healthy Sugar Nyc Tarrytown NY S381089036471745 Card 6549 | | 30.88 | |
| 3/31 | | Purchase authorized on 03/31 Amazing Savings #06 Scarsdale NY P00461090552183489 Card 6549 | | 6.13 | |

March 31, 2021 ■ Page 4 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|--------------------|--------------------------|---------------------|
| 3/31 | | Purchase authorized on 03/31 Decicco S 014180 21 Cente Ardsley NY P0058109057494908 Card 6549 | | 36.98 | |
| 3/31 | | Uslife Insurance Ins Paymt 093603018956 Helen Racanelli 210329 | | 415.00 | 270,532.41 |
| **Ending balance on 3/31** | | | | | 270,532.41 |
| **Totals** | | | $5,642.68 | $8,557.69 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 135 | 3/17 | 75.00 | 136 | 3/19 | 26.07 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2021 - 03/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|-----------------------------------|-----------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $267,091.06 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $5,637.80 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC



# IMPORTANT ACCOUNT INFORMATION

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

## Can we reach you when it's really important?

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

Transaction history (continued)

Summary of checks written

Monthly service fee summary

# IMPORTANT ACCOUNT INFORMATION

Can we reach you when it's really important?

March 31, 2021  ▪  Page 5 of 5



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

→ + $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

→ - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ _____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801     Member FDIC.

**Helen Racanelli**                                              **March 2021**

| Date | Check Number | Amount |
|------|--------------|--------|
| March 17, 2021 | 135 | $75.00 |
| March 19, 2021 | 136 | $25.07 |
|  |  |  |
|  |  |  |
|  |  |  |