UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _Helen Racanelli_____

**Debtor**

Case No. _16 - 22617_____

Reporting Period: _May 2021_____

Social Security # _2778_____

(last 4 digits only)

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
|    Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(*28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _Helen Racanelli_____    Date _5/7/2021_____

Signature of Joint Debtor _____    Date _____

In re __Helen Racanelli__          Case No. __16-22617__
  Debtor                          Reporting Period: _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 258,322.85 | |
| **RECEIPTS** | | |
| Wages (Net) | 5,699.80 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| Total Receipts | 5,699.80 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 167.99 | |
| Insurance | | |
| Auto Expense | 321.14 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 560.45 | |
| Food, Clothing, Hygiene | 2005.92 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | 291.98 | |
| Gifts | | |
| Other *(attach schedule)* | | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Items | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 260,625.17 | |

FORM MOR-1 (INDV)
2/2008
PAGE 1 OF 2

In re _Helen Raconelli_          Case No. _16 - 22617_
Debtor                               Reporting Period: _May    2021_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
|---|---|
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

_Helen Racanelli_
Debtor

Case No. _16-22617_
Reporting Period: _MAY 2021_

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| BALANCE PER BOOKS | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| ADJUSTED BANK BALANCE * | | | | |

"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

In re _Helen Raccuelli_

**Debtor**

Case No. _16-22617_

**Reporting Period:** _May 2021_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
|                                   |  |

In re _Helen Racanelli_
Debtor

Case No. **16 - 22617**
Reporting Period: **May 2021**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re _Helen Racinelli_
Debtor

Case No. _16-22617_
Reporting Period: _May 2021_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | | |

FORM MOR-3 (INDV)
2/2008
PAGE 2 OF 2

In re _Helen Raccanelli_
**Debtor**

Case No. _16-22617_
Reporting Period: _May 2021_

## SUMMARY OF UNPAID POST-PETITION DEBTS

Number of Days Past Due

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

_____

In re _Helen Raccuelli_
Debtor

Case No. _16-22617_
Reporting Period: _May 2021_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL PAYMENTS |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re _Helen Raccuelli_
**Debtor**

Case No. _16 - 22617_
Reporting Period: _May 2021_

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | |
| 6 | Are any post petition State or Federal income taxes past due? | | |
| 7 | Are any post petition real estate taxes past due? . | | |
| 8 | Are any other post petition taxes past due? | | |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | |
| 10 | Are any amounts owed to post petition creditors delinquent? | | |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | |

# Wells Fargo Everyday Checking

May 31, 2021 ■ Page 1 of 5



HELEN  RACANELLI
DEBTOR IN POSSESSION
CH 11 CASE # 16-22617 ((SNY)
16 RIVERSIDE PL
DOBBS FERRY NY 10522-1605

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021:
800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call
any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of
hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $258,322.85 |
| Deposits/Additions | 5,649.80 |
| Withdrawals/Subtractions | - 3,347.48 |
| **Ending balance on 5/31** | **$260,625.17** |

Account number:  573

**HELEN  RACANELLI**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 16-22617 ((SNY)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

May 31, 2021 ■ Page 2 of 5



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|----------|-----------|---------|
| 5/3 | | Purchase Return authorized on 05/01 Walgreens #11291 Dobbs Ferry NY S611123481801873 Card 6549 | 12.00 | | |
| 5/3 | | Purchase authorized on 04/29 Ardsley Cucina Ardsley NY S581119723070319 Card 6549 | | 28.13 | |
| 5/3 | | Purchase authorized on 05/01 Hudson Pharmacy An Ossining NY S301121532813912 Card 6549 | | 56.18 | |
| 5/3 | | Purchase authorized on 05/01 Walgreens #11291 Dobbs Ferry NY S581121697105614 Card 6549 | | 117.98 | |
| 5/3 | | Metlife P C Ins Paymnt May 21 xxxxx1485 Racanelli Helen | | 224.70 | 257,907.86 |
| 5/4 | | Purchase authorized on 05/02 Salon 877 Ardsley NY S581122619843591 Card 6549 | | 250.85 | |
| 5/4 | | Purchase authorized on 05/03 Sams Italian Resta Dobbs Ferry NY S381123845801487 Card 6549 | | 18.00 | 257,639.01 |
| 5/5 | | Zelle to Racanelli Sophia on 05/05 Ref #Rp0Bfjbpp3 | | 100.00 | 257,539.01 |
| 5/6 | | Purchase authorized on 04/30 Paypal *Loft 402-935-7733 CT S381121080792224 Card 6549 | | 53.90 | 257,485.11 |
| 5/7 | | Purchase authorized on 04/30 Paypal *Bananarepu 402-935-7733 NM S301120853361217 Card 6549 | | 33.64 | |
| 5/7 | | Zelle to Racanelli Sophia on 05/07 Ref #Rp0Bfw7Pw7 | | 50.00 | 257,401.47 |
| 5/10 | | Zelle to Racanelli Sophia on 05/08 Ref #Rp0BG63Dq4 | | 100.00 | |
| 5/10 | | Purchase authorized on 05/08 Metate Mexican Res Dobbs Ferry NY S381129000499350 Card 6549 | | 42.11 | |
| 5/10 | | Purchase authorized on 05/09 Slice*Knapppizzaii Slicelife.Com NY S381129526860126 Card 6549 | | 70.13 | 257,189.23 |
| 5/11 | | Recurring Payment authorized on 05/10 Tmobile*Auto Pay 800-937-8997 WA S301130444233276 Card 6549 | | 163.00 | 257,026.23 |
| 5/12 | | Purchase authorized on 05/11 Walgreens #11291 Dobbs Ferry NY S301131854508480 Card 6549 | | 101.89 | 256,924.34 |
| 5/13 | | Purchase authorized on 05/12 Battaglia Brothers Dobbs Ferry NY S581132795394206 Card 6549 | | 56.77 | 256,867.57 |
| 5/14 | | MT Vernon Bd of Reg Salary 210514 21290000 Racanelli, Helen M | 2,818.90 | | |
| 5/14 | | Zelle to Racanelli Sophia on 05/14 Ref #Rp0Bhfl3Gv | | 100.00 | 259,586.47 |
| 5/17 | | Purchase authorized on 05/13 Moxy Hotels By Mar Boston MA S461134158873530 Card 6549 | | 291.98 | |
| 5/17 | | Purchase authorized on 05/14 Walgreens #11291 Dobbs Ferry NY S381135060072623 Card 6549 | | 121.33 | |
| 5/17 | | Purchase authorized on 05/15 Vioc Ge6603 Elmsford NY P000000186158136 Card 6549 | | 96.44 | |
| 5/17 | | Purchase authorized on 05/15 Saks Off 5th 819 29 Ta White Plains NY P00000000377168479 Card 6549 | | 88.68 | |
| 5/17 | | Purchase authorized on 05/15 Tjmaxx #0 425 N Centra Hartsdale NY P00000000176157794 Card 6549 | | 37.99 | |
| 5/17 | | Purchase authorized on 05/15 Walgreens #11291 Dobbs Ferry NY S301135791624436 Card 6549 | | 63.07 | |
| 5/17 | | Purchase authorized on 05/15 Ardsley Market F 645 Saw Ardsley NY P0046136069822057 Card 6549 | | 48.80 | |
| 5/17 | | Purchase authorized on 05/16 C-Town 114 N Broadway Tarrytown NY P00461136699385578 Card 6549 | | 78.09 | 258,760.09 |
| 5/19 | | Purchase authorized on 05/18 Nike Boston Volley WWW.Nevolleyb AZ S381138854144691 Card 6549 | | 13.80 | |
| 5/19 | | Recurring Payment authorized on 05/18 Spotify USA 877-7781161 NY S301139048887545 Card 6549 | | 4.99 | |
| 5/19 | | Purchase authorized on 05/19 Decicco S 014180 21 Cente Ardsley NY P00461139735722753 Card 6549 | | 148.73 | 258,592.57 |

May 31, 2021 ▪ Page 3 of 5



---

### Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 5/24 | | Purchase authorized on 05/23 Stop & Shop 0530 390 B Dobbs Ferry NY P00000000673804438 Card 6549 | | 269.21 | 258,323.36 |
| 5/25 | | Purchase authorized on 05/23 Just Salad Brooklyn NY S301143733884996 Card 6549 | | 20.10 | |
| 5/25 | | Purchase authorized on 05/24 The Ferryman Cafe Dobbs Ferry NY S461144717576749 Card 6549 | | 35.98 | |
| 5/25 | | Purchase authorized on 05/25 Mom's Organic Market Dobbs Ferry NY P00461145843974977 Card 6549 | | 141.70 | 258,125.58 |
| 5/26 | 140 | Check | | 100.00 | 258,025.58 |
| 5/27 | | MT Vernon Bd of Reg Salary 210527 21290000 Racanelli, Helen M | 2,818.90 | | |
| 5/27 | | Zelle to Racanelli Sophia on 05/27 Ref #Rp0Bkxj8F5 | | 100.00 | 260,744.48 |
| 5/28 | | Purchase authorized on 05/26 Tst* Frank Pepe S Yonkers NY S381146699859537 Card 6549 | | 25.86 | |
| 5/28 | | Purchase authorized on 05/28 Foodtown #530 Hasting on Hu NY P00000000981556187 Card 6549 | | 93.45 | 260,625.17 |
| **Ending balance on 5/31** | | | | | **260,625.17** |
| **Totals** | | | **$5,649.80** | **$3,347.48** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 140 | 5/26 | 100.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2021 - 05/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $256,867.57 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $5,637.80 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



# IMPORTANT ACCOUNT INFORMATION

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile



- Contacting the phone number at the top of your statement
- Visiting a branch

May 31, 2021 ■ Page 5 of 5



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.  $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.

= $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801     Member FDIC.

Helen Racanelli                                              May 2021

| Date | Check Number | Amount |
|---|---|---|
| May 26, 2021 | 140 | $100.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |