**Fill in this information to identify the case:**

Debtor Name Helen Racanelli

United States Bankruptcy Court for the: Southern District of NY

Case number: 16-22617

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: June 2021

Date report filed: 6/30/2021 MM / DD / YYYY

Line of business: ______

NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Helen Racanelli

Original signature of responsible party: Helen Racanelli

Printed name of responsible party: Helen Racanelli

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☒ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☒ |
| 3. Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name Helen Racanelli Case number 16-22617

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☐ ☒

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☐ ☒

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $260,625.17

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $8,456.70

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $7,379.52

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $1,077.18

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $261,702.35

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $0

*(Exhibit E)*

Debtor Name Helen Racanelli Case number 16-22617

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? N/A
27. What is the number of employees as of the date of this monthly report? N/A

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ N/A
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ N/A
30. How much have you paid this month in other professional fees? $ N/A
31. How much have you paid in total other professional fees since filing the case? $ N/A

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | – | Column B **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 8456.70 | – | $ 8,456.70 | = | $ 0 |
| 33. **Cash disbursements** | $ 6,400.00 | – | $ 7,379.52 | = | $ -979.52 |
| 34. **Net cash flow** | $ 0 | – | $ 0 | = | $ 0 |

35. Total projected cash receipts for the next month: $ 8,456.70
36. Total projected cash disbursements for the next month: - $ 6,400.00
37. Total projected net cash flow for the next month: = $ 2,056.70

Debtor Name Helen Racanelli Case number 16-22617

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Helen Racanelli

June 2021

| Date | Check Number | Amount |
|---|---|---|
| 6/10/21 | 141 | $100.00 |
| 6/17/21 | 142 | $40.00 |
| 6/25/21 | 144 | $85.00 |
| | | |
| | | |
| | | |
| | | |

# Wells Fargo Everyday Checking

June 30, 2021 ■ Page 1 of 6

HELEN RACANELLI
DEBTOR IN POSSESSION
CH 11 CASE # 16-22617 ((SNY)
16 RIVERSIDE PL
DOBBS FERRY NY 10522-1605

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

# IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $260,625.17 |
| Deposits/Additions | 8,456.70 |
| Withdrawals/Subtractions | - 7,379.52 |
| **Ending balance on 6/30** | **$261,702.35** |

Account number: **4573**

**HELEN RACANELLI**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 16-22617 ((SNY)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

(348)
Sheet Seq = 0099137
Sheet 00001 of 00003

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Purchase authorized on 05/28 A & S Italian Pork Brooklyn NY S461148718097454 Card 6549 | | 59.00 | |
| 6/1 | | Purchase authorized on 05/30 Decicco S 014180 21 Cente Ardsley NY P00461150765597544 Card 6549 | | 124.24 | |
| 6/1 | | Purchase authorized on 05/31 Stop & Shop 0530 390 B Dobbs Ferry NY P00000000230370485 Card 6549 | | 41.24 | |
| 6/1 | | Purchase authorized on 05/31 Fantasy Nail & Bea Dobbs Ferry NY S461151673447977 Card 6549 | | 40.00 | |
| 6/1 | | Purchase authorized on 05/31 Cvs/Pharmacy #0030 Ardsley NY S581151743654055 Card 6549 | | 12.88 | |
| 6/1 | | Purchase authorized on 05/31 Shell Service Station Ardsley NY P00461151746666628 Card 6549 | | 30.62 | |
| 6/1 | | Zelle to Racanelli Sophia on 06/01 Ref #Rp0Bm2Zkg6 | | 100.00 | |
| 6/1 | | Metlife P C Ins Paymnt Jun 21 xxxxx1485 Racanelli Helen | | 186.91 | 260,030.28 |
| 6/2 | | Purchase authorized on 06/01 Cvs/Pharmacy #0048 Scarsdale NY S461152670886772 Card 6549 | | 10.79 | 260,019.49 |
| 6/3 | | Purchase authorized on 06/01 Tst* Frank Pepe S Yonkers NY S381152784277577 Card 6549 | | 20.14 | |
| 6/3 | | Purchase authorized on 06/02 Cvs/Pharmacy #0030 Ardsley NY S581153733877760 Card 6549 | | 27.78 | |
| 6/3 | | Purchase authorized on 06/02 Battaglia Brothers Dobbs Ferry NY S301153739652137 Card 6549 | | 37.85 | 259,933.72 |
| 6/4 | | Purchase authorized on 06/01 Doterra*Int USA 800-411-8151 UT S301153081078791 Card 6549 | | 281.49 | |
| 6/4 | | Zelle to Racanelli Sophia on 06/04 Ref #Rp0Bmtyw8Z | | 40.00 | 259,612.23 |
| 6/7 | | Purchase authorized on 06/05 Marshalls 221 N. Centr Hartsdale NY P00000000179639388 Card 6549 | | 35.93 | |
| 6/7 | | Purchase authorized on 06/06 Key Foods 599 Avenue Z Brooklyn NY P00000000986714988 Card 6549 | | 131.71 | |
| 6/7 | | Sacredheart Univ Emarket 210604 0857930 Helen Racanelli | | 65.00 | 259,379.59 |
| 6/8 | | Purchase authorized on 06/06 Hastings Tire Hastings on H NY S461157562428871 Card 6549 | | 34.17 | 259,345.42 |
| 6/9 | | Purchase authorized on 06/07 Wpy*Steven Litvak 855-469-3729 CA S381159137029596 Card 6549 | | 51.96 | |
| 6/9 | | Purchase authorized on 06/09 Stop & Shop 0530 390 B Dobbs Ferry NY P00000000379437451 Card 6549 | | 65.32 | 259,228.14 |
| 6/10 | 141 | Check | | 100.00 | 259,128.14 |
| 6/11 | | Recurring Payment authorized on 06/10 Tmobile*Auto Pay 800-937-8997 WA S461161378193171 Card 6549 | | 163.00 | |
| 6/11 | | Purchase authorized on 06/11 H&M0230 Yonkers NY P00301162844888665 Card 6549 | | 142.94 | |
| 6/11 | | Purchase authorized on 06/11 T J Maxx 35 Fitzgeral Yonkers NY P00000000380269135 Card 6549 | | 89.38 | |
| 6/11 | | Zelle to Racanelli Sophia on 06/11 Ref #Rp0Bpdxq3D | | 100.00 | 258,632.82 |
| 6/14 | | Purchase authorized on 06/08 Doterra*Int USA 800-411-8151 UT S381159824052225 Card 6549 | | 161.37 | |
| 6/14 | | Purchase authorized on 06/11 Battaglia Brothers Dobbs Ferry NY S381162748065124 Card 6549 | | 63.70 | |
| 6/14 | | Purchase authorized on 06/12 Stop & Shop 0530 390 B Dobbs Ferry NY P00000000884311787 Card 6549 | | 67.65 | |
| 6/14 | | Purchase authorized on 06/12 Party City 718 2630 Ce Yonkers NY P00000000177837649 Card 6549 | | 61.33 | |
| 6/14 | | Purchase authorized on 06/12 Decicco S 014180 21 Cente Ardsley NY P00301163678400417 Card 6549 | | 85.87 | |

***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/14 | | Purchase authorized on 06/12 American Eagle Yonkers NY P00000000337653766 Card 6549 | | 83.76 | |
| 6/14 | | Purchase authorized on 06/12 Aerie 2875 Yonkers NY P00000000682291082 Card 6549 | | 155.04 | |
| 6/14 | | Purchase authorized on 06/12 Tst* Frank Pepe S Yonkers NY S581164016494868 Card 6549 | | 20.14 | |
| 6/14 | | Purchase authorized on 06/13 Stew Leonards-Yo 1 Stew L Yonkers NY P00461164480211379 Card 6549 | | 117.38 | 257,816.58 |
| 6/15 | | MT Vernon Bd of Reg Salary 210615 21290000 Racanelli, Helen M | 2,818.90 | | |
| 6/15 | | Purchase authorized on 06/13 Hastings Tire Hastings on H NY S301164457985289 Card 6549 | | 58.21 | 260,577.27 |
| 6/17 | | Purchase authorized on 06/17 Tjmaxx #0 425 N Centra Hartsdale NY P00000000775962189 Card 6549 | | 102.45 | |
| 6/17 | | Zelle to Racanelli Sophia on 06/17 Ref #Rp0Bql3Tpn | | 40.00 | |
| 6/17 | 142 | Check | | 100.00 | 260,334.82 |
| 6/18 | | Purchase authorized on 06/16 Doterra*Int USA 800-411-8151 UT S301167849418185 Card 6549 | | 53.75 | |
| 6/18 | | Purchase authorized on 06/18 Dick's Sporting Goods White Plains NY P00301169835795146 Card 6549 | | 41.33 | 260,239.74 |
| 6/21 | | Recurring Payment authorized on 06/18 Spotify USA 877-7781161 NY S581170048882830 Card 6549 | | 4.99 | |
| 6/21 | | Purchase authorized on 06/19 Stew Leonards-Yo 1 Stew L Yonkers NY P00581170604644962 Card 6549 | | 132.42 | |
| 6/21 | | Purchase authorized on 06/19 Fantasy Nail & Bea Dobbs Ferry NY S581170667991943 Card 6549 | | 30.00 | |
| 6/21 | | Purchase authorized on 06/20 Sq *By The Way Bak Hastings-on-H NY S301171612438558 Card 6549 | | 39.50 | |
| 6/21 | | Zelle to Racanelli Sophia on 06/21 Ref #Rp0Brbb9J6 | | 60.00 | 259,972.83 |
| 6/22 | | Purchase authorized on 06/20 Hastings Tire Hastings on H NY S301171617833525 Card 6549 | | 55.00 | |
| 6/22 | | Purchase authorized on 06/21 Langes of Bronxvil Bronxville NY S381172539602674 Card 6549 | | 24.51 | |
| 6/22 | | Purchase authorized on 06/22 Country M 344 White Pl Eastchester NY P00000000279142570 Card 6549 | | 46.02 | 259,847.30 |
| 6/23 | | Purchase authorized on 06/21 Harold Chandler Cl New Rochelle NY S461172795693894 Card 6549 | | 55.00 | 259,792.30 |
| 6/24 | | Purchase authorized on 06/23 Joe Jrs Bagel Brooklyn NY S381174490547837 Card 6549 | | 18.63 | |
| 6/24 | | Purchase authorized on 06/23 A & S Italian Pork Brooklyn NY S461174495377664 Card 6549 | | 25.62 | |
| 6/24 | | Purchase authorized on 06/23 Knapp Pizza III Brooklyn NY S461174799202407 Card 6549 | | 44.57 | |
| 6/24 | | Zelle to Racanelli Sophia on 06/24 Ref #Rp0Bryv2TX | | 30.00 | 259,673.48 |
| 6/25 | | MT Vernon Bd of Reg Salary 210625 21290000 Racanelli, Helen M | 2,818.90 | | |
| 6/25 | | MT Vernon Bd of Reg Salary 210625 21290000 Racanelli, Helen M | 2,818.90 | | |
| 6/25 | | Purchase authorized on 06/23 Hastings Tire Hastings on H NY S581174397642360 Card 6549 | | 23.13 | |
| 6/25 | | Purchase authorized on 06/24 Sq *Root & Vine Bronxville NY S381175624924790 Card 6549 | | 26.28 | |
| 6/25 | | Purchase authorized on 06/24 Sams Italian Resta Dobbs Ferry NY S381175861964345 Card 6549 | | 66.66 | |
| 6/25 | | Purchase authorized on 06/25 Foodtown #530 Hasting on Hu NY P00000000389415887 Card 6549 | | 35.78 | |
| 6/25 | 144 | Check | | 85.00 | |
| 6/25 | | MT Vernon Bd of Reversal 210625 21290000 Racanelli, Helen M | | 2,818.90 | 262,255.53 |
| 6/28 | | Purchase authorized on 06/26 Westchester Med Gr Rye Brook NY S301177573170844 Card 6549 | | 30.00 | |
| 6/28 | | Purchase authorized on 06/27 Stew Leonards-Yo 1 Stew L Yonkers NY P00461178624993449 Card 6549 | | 184.09 | |
| 6/28 | | Purchase authorized on 06/28 Foodtown #530 Hasting on Hu NY P00000000776672929 Card 6549 | | 71.92 | 261,969.52 |

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/29 | | Purchase authorized on 06/27 Hastings Tire Hastings on H NY S461178598392677 Card 6549 | | 47.00 | |
| 6/29 | | Purchase authorized on 06/28 Vanguard Gi New York NY S581179570886245 Card 6549 | | 30.00 | 261,892.52 |
| 6/30 | | Purchase authorized on 06/29 Stop & Shop 0530 390 B Dobbs Ferry NY P00000000432754957 Card 6549 | | 57.06 | |
| 6/30 | | Purchase authorized on 06/30 Stop & Shop 0530 390 B Dobbs Ferry NY P00000000172213449 Card 6549 | | 133.11 | 261,702.35 |
| **Ending balance on 6/30** | | | | | **261,702.35** |
| **Totals** | | | **$8,456.70** | **$7,379.52** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 141 | 6/10 | 100.00 | 142 | 6/17 | 100.00 | 144 * | 6/25 | 85.00 |

** Gap in check sequence.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $257,816.58 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $8,456.70 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC





# IMPORTANT ACCOUNT INFORMATION

---

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

---

Effective May 28, 2021, the document copy fee was eliminated and there is no longer a charge for this service. Thank you for banking with Wells Fargo. We appreciate your business.

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] **Enter the ending balance** on this statement. $ ______

[B] **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $ ______

[C] **Add [A] and [B]** to calculate the subtotal. = $ ______

[D] **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $ ______

[E] **Subtract [D] from [C]** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ ______

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. EQUAL HOUSING LENDER