**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

In re:

HELEN RACANELLI,

                           Debtor(s).

Chapter: 11
Case No.: 16-22617
Judge: Sean H. Lane

------------------------------------------------------- X

**NOTICE OF SUBSTITUTION OF COUNSEL FOR SECURED CREDITOR**
**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**

    **IT IS HEREBY NOTIFIED AND AGREED** that Melissa Licker, is changing law firms and is no long one of the attorneys of record for the above-named secured creditor and Melissa Licker shall be substituted by Phillip Raymond, of McCalla Raymer Leibert Pierce, LLC, as counsel of record for the above-named secured creditor.

| | |
|---|---|
| Dated: 9/3/2021 | Dated: 9/7/2021 |
| McCalla Raymer Leibert Pierce, LLC | McCalla Raymer Leibert Pierce, LLC |
| By: /s/ Melissa N. Licker | By: /s/ Phillip A. Raymond |
| Melissa N. Licker | Phillip A. Raymond |
| 420 Lexington Avenue, Suite 840 | 420 Lexington Avenue, Suite 840 |
| New York, New York 10170 | New York, New York 10170 |
| *Former Counsel* | *Substituted Counsel* |