| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | | **HEARING DATE: November 25, 2025**<br>**TIME:  10:00 a.m.** |

---------------------------------------------------------x
:
**In re HELEN RACANELLI,**  :   Case No. 16-22617-DSJ
                **Debtor.**  :   (Chapter 11)
---------------------------------------------------------:
:
**In re JOSEPH T. GRANCHELLI,**  :   Case No. 18-23674-DSJ
                **Debtor.**  :   (Chapter 11)
---------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON UNITED STATES TRUSTEE'S MOTION FOR ORDER: (I) VACATING ORDER AUTHORIZING EMPLOYMENT OF DEBTOR'S COUNSEL, LINDA M. TIRELLI, ESQ, (II) REQUIRING RETURN OF ALL FEES PAID; AND (III) IMPOSING SANCTIONS**

    **PLEASE TAKE NOTICE** that the hearing on the motion of William K. Harrington, United States Trustee, for an order: (I) vacating the orders authorizing the retention and employment of Linda M. Tirelli's Esq., as counsel to the debtors and debtors in possession in the chapter 11 cases captioned above; (II) requiring the return of all fees for legal services paid to Ms. Tirelli in the cases; and (III) imposing sanctions against Ms. Tirelli in the discretion of the Court, and for such other and further relief as this Court may deem just and proper, has been adjourned.

    **The <u>adjourned hearing</u> will take place before the Honorable David S. Jones, United States Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, <u>on November 25, 2025, at 10:00 a.m.</u>**

    **PLEASE TAKE FURTHER NOTICE**, that parties wishing to appear at the hearing, whether making a "live" or a "listen only" appearance before the Court, must make an electronic appearance using the Electronic Appearance portal located at the Court's website at: [USBC-SDNY (uscourts.gov)](USBC-SDNY).  Appearances must be entered no later than November 24, 2025, at 4:00

p.m. (prevailing Eastern time).  After this deadline has passed, parties who have made their electronic appearance through the Court's website to appear via Zoom for Government will receive an invitation from the Court with a Zoom link that will allow them to attend the hearing.  Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing.  Further information on the use of Zoom for Government can be found at the Court's website at:  [Zoom Video Hearing Guide | Southern District of New York | United States Bankruptcy Court (uscourts.gov)](#).

Dated: New York, New York
   October 22, 2025

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By: */s/ Andrew D. Velez-Rivera*
   Trial Attorney
   Office of the U.S. Trustee
   Alexander Hamilton Custom House
   One Bowling Green, Room 534
   New York, New York 10004
   Tel. (212) 510-0500; Fax (212) 668-2255

# CERTIFICATE OF SERVICE

STATE OF NEW YORK     )
                                           : ss
COUNTY OF NEW YORK   )

I, Andrew D. Velez-Rivera, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on October 22, 2025, I caused to be served a copy of the Notice of Adjournment of Hearing on United States Trustee's Motion for Order: (I) Vacating Order Authorizing Employment of Debtor's Counsel, Linda M. Tirelli, Esq., (II) Requiring Return of All Fees Paid, and (III) Imposing Sanctions, by regular mail upon each of the parties listed below, by depositing true copies of same in sealed envelopes, with postage pre-paid thereon, in an official depository of the United States Postal Service within the City and State of New York.

Dated: New York, New York                                                  */s/ Andrew D. Velez-Rivera*

## *SERVICE LIST*

Linda M. Tirelli, Esq.
Tirelli Law Group, LLC
50 Main Street, Suite 1265
White Plains, NY 10606

Sarah Prager, Esq.
Gordon Rees Scully Mansukhani
1 Battery Park Plaza, 28th floor
New York, NY 10004

Helen Racanelli
16 Riverside Place
Dobbs Ferry, NY 10522

Joseph T. Granchelli
100 Gay Ridge Drive Rd.
Yorktown Heights, NY 10598